UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. COLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN,<br><br>    Defendant. | Case No. 24-cv-06569-JSW<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 4 |

## INTRODUCTION

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 seeking his immediate release from confinement. His application for leave to proceed in forma pauperis is GRANTED. For the reasons explained below, the petition is DISMISSED for failure to state a cognizable claim for federal habeas relief.

## BACKGROUND

Petitioner was found guilty in Alameda County Superior Court of murder with use of a deadly weapon. The trial court sentenced him to a term of 27 years to life in state prison, which included enhancements for prior prison terms. The enhancements were reversed on appeal by the California Court of Appeal. The California Supreme Court denied a petition for review. Habeas petitions to the Alameda County Superior Court, the California Court of Appeal, and the California Supreme Court were denied.

## DISCUSSION

I.    <u>Standard of Review</u>

This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). It

shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." *Id.* § 2243.

II. Legal Claims

Petitioner makes three claims, namely that he is entitled to relief under California Penal Code Sections 1170.91, 1170.3, and 1170(b). (ECF No. 1 at 5.) A writ of habeas corpus is not available under 28 U.S.C. § 2254 for violations of state law or for alleged error in the interpretation or application of state law. *See Swarthout v. Cooke*, 562 U.S. 216, 219 (2011). The three claims in the petition seek federal habeas relief solely on the basis of state law. (ECF No. 1 at 5; *see also id.* at 6 (citing California court decisions and legislation).) These claims are not cognizable because he may not obtain federal habeas relief on the basis of the violation of state law.

**CONCLUSION**

For the foregoing reasons, the petition is DISMISSED for failure to state a cognizable claim for relief. The application to proceed in forma pauperis is GRANTED in light of Petitioner's lack of funds. (ECF No. 4.)

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 28, 2024

JEFFREY S. WHITE
United States District Judge